**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| CHETNABEN JARIWALA, an individual; HARDIK JARIWALA, an individual; POOJA JARIWALA, an individual; KRISHNABEN JARIWALA, an individual; YOGESH JARIWALA, an individual; RENUKA PATEL, an individual; DAXABEN JARIWALA, individually and as her to the Estate of KIRITKUMAR JARIWALA; HERISAN JARIWALA as heir to the Estate of KIRTIKUMAR JARIWALA; ABHISEK JARIWALA as heir to the Estate of KIRITKUMAR JARIWALA: ROBERT ANSAR as Special Administrator to the Estate of KIRTKUMAR JARIWALA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited liability company; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, a foreign limitedliability company; KIA MOTORS AMERICA, INC., a foreign corporation; DOES 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally,<br><br>Defendants. | 2:18-cv-01532-JCM-VCF<br>**<u>MINUTE ORDER</u>** |

Before the court is Defendant Enterprise Leasing Company-West, LLC's Motion to Compel Plaintiffs' Interrogatory Answers and Document Productions (ECF NO. 70).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Enterprise Leasing Company-West, LLC's Motion to Compel Plaintiffs' Interrogatory Answers and Document Productions (ECF NO. 70) is scheduled for 2:00 PM, August 6, 2019, in Courtroom 3D.

DATED this 29th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE