# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHETNABEN JARIWALA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> ENTERPRISE LEASING COMPANY-WEST, LLC, *et al.*, <br><br> Defendants. | 2:18-cv-01532-JCM-VCF <br> **ORDER** |

Before the court is the Motion to Continue Hearing on Defendant Enterprise Leasing Company-West, LLC's Motion to Compel (ECF NO. 75).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Continue Hearing on Defendant Enterprise Leasing Company-West, LLC's Motion to Compel (ECF NO. 75) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for August 6, 2019, is VACATED and RESCHEDULED to 10:00 AM, August 12, 2019, in Courtroom 3D.

DATED this 5th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE