# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHETNABEN JARIWALA, an individual; HARDIK JARIWALA, an individual; POOJA JARIWALA, an individual; KRISHNABEN JARIWALA, an individual; YOGESH JARIWALA, an individual; RENUKA PATEL, an individual; DAXABEN JARIWALA, individually and as her to the Estate of KIRITKUMAR JARIWALA; HERISAN JARIWALA as heir to the Estate of KIRTIKUMAR JARIWALA; ABHISEK JARIWALA as heir to the Estate of KIRTKUMAR JARIWALA: ROBERT ANSAR as Special Administrator to the Estate of KIRTKUMAR JARIWALA, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited liability company; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, a foreign limited liability company; KIA MOTORS AMERICA, INC., a foreign corporation; DOES 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally, <br><br> Defendants. | 2:18-cv-01532-JCM-VCF <br> **<u>MINUTE ORDER</u>** |

Before the court is Defendant Enterprise Leasing Company-West, LLC, and Enterprise Rent-A-Car Company of Los Angeles, LLC's Motion to Strike Plaintiff's and Counter-Defendant's Initial Expert Disclosure and Report of Retained Expert Michael Rosenfield Pursuant to Fed. R. Civ. P. 37(c)(1).

1    Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing on Defendant Enterprise Leasing Company-West, LLC, and Enterprise Rent-A-Car Company of Los Angeles, LLC's Motion to Strike Plaintiff's and Counter-Defendant's Initial Expert Disclosure and Report of Retained Expert Michael Rosenfield Pursuant to Fed. R. Civ. P. 37(c)(1), scheduled for 11:00 AM, March 18, 2020, will be held by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE