| | |
|---|---|
| RAMZY PAUL LADAH<br>Nevada Bar No. 11405<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>CARL R. HOUSTON<br>Nevada Bar No. 11161<br>LADAH LAW FIRM<br>517 S. Third Street<br>Las Vegas, NV 89101<br>litigation@ladahlaw.com<br>T: 702.252.0055<br>*Attorneys for Plaintiffs* | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHETNABEN JARIWALA, an individual; HARDIK JARIWALA, an individual; POOJA JARIWALA, an individual; KRISHNABEN JARIWALA, an individual; YOGESH JARIWALA, an individual; RENUKA PATEL, an individual; DAXABEN JARIWALA, individually and as heir to the Estate of KIRITKUMAR JARIWALA; HERISAN JARIWALA as heir to the Estate of KIRITKUMAR JARIWALA; ABHISEK JARIWALA as heir to the Estate of KIRITKUMAR JARIWALA; ROBERT ANSARA as Special Administrator to the Estate of KIRTIKUMAR JARIWALA, deceased;<br><br>   Plaintiffs,<br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited-liability company; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, a foreign limited-liability company; KIA MOTORS AMERICA, INC., a foreign corporation; DOES 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally,<br><br>   Defendants.<br>_____<br>ALL RELATED CLAIMS | CASE NO.: 2:18-CV-01532-JCM-VCF<br><br>**Stipulation and Order Regarding Withdrawal of Plaintiffs' and Counter-Defendant's Response to Enterprise Leasing Company-West, LLC's Motion to Strike Initial Expert Disclosure and Report of Retained Expert Michael Rosenfield Pursuant to Fed. R. Civ. P. 37(c)(1)** |

- 1 -

All parties, by and through their respective, undersigned counsel of record, hereby stipulate and agree that Plaintiffs' and Counter-Defendant Krishnaben Jariwala's Response (ECF No. 88) to Defendant Enterprise Leasing Company-West, LLC's ("Enterprise") Motion to Strike Initial Expert Disclosure and Report of Retained Expert Michael Rosenfield Pursuant to FRCP 37(c)(1) (ECF No. 80) shall be withdrawn.

The parties further stipulate and agree that as a result of the aforesaid withdrawal of Plaintiffs' and Counter-Defendant's Response, Enterprise's Motion to Strike shall be granted, and the following sanctions shall issue:

    (a) Michael Rosenfield's report, dated December 17, 2019, shall be stricken;

    (b) Plaintiffs' and Counter-Defendant's Disclosure, dated December 17, 2019, as it relates to Michael Rosenfield's proposed testimony, shall be stricken; and

    (c) Michael Rosenfield will be barred from testifying at trial.

The parties further stipulate and agree that no further sanctions shall issue secondary to the withdrawal of Plaintiffs' and Counter-Defendant's Response to Enterprise's Motion to Strike.

The parties further stipulate and agree that the (telephonic) hearing on Enterprise's Motion to Strike, currently set for March 18, 2020 at 11:00 a.m., may be vacated subject to the Court's discretion. If, due to the timing of the instant stipulation or otherwise, the Court mandates the parties' appearances at said hearing, the parties will so appear. Alternatively, if the instant stipulation and proposed order is not received and/or executed by the Court in advance of said hearing, the parties will appear and put the stipulated terms on the record.

. . .

. . .

. . .

| | |
|---|---|
| DATED this 18th day of March, 2020 | DATED this 18th day of March, 2020 |
| LADAH LAW FIRM | FOLEY & LARDNER LLP |
| */s/ Ramzy P. Ladah*<br>Ramzy Paul Ladah, Esq.<br>Nevada Bar No. 11405<br>Ladah Law Firm<br>517 S. Third Street<br>Las Vegas, NV 89101 | */s/ Jeffrey A. Soble* (w/ permission)<br>Jeffrey A. Soble, Esq. (pro hac vice)<br>Stephanie Adamo, Esq. (pro hac vice)<br>FOLEY & LARDNER, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| HICKS & BRASIER PLLC<br>Seth R. Little, Esq.<br>4101 Meadows Lane, Suite 210<br>Las Vegas, Nevada 89107 | Nicholas J. Fox, Esq. (pro hac vice)<br>FOLEY & LARDNER LLP<br>3759 Valley Centre Drive, Suite 300<br>San Diego, CA 92130 |
| *Attorneys for Plaintiffs* | SALTZMAN MUGAN DUSHOFF<br>Matthew T, Dushoff, Esq.<br>1835 Village Center Circle<br>Las Vegas, NV 89 134 |
| | *Attorneys for Defendant Enterprise Leasing Company-West, LLC, and Enterprise Rent-A-Car Company of Los Angeles, LLC* |
| DATED this 18th day of March, 2020 | DATED this 18th day of March, 2020 |
| KLEIN THOMAS & LEE | MESSNER REEVES LLP |
| */s/ Stephanie L. Chilton* (w/ permission)<br>Thomas M. Klein, Esq. (pro hac vice)<br>Stephanie L. Chilton, Esq. (pro hac vice)<br>KLEIN THOMAS<br>20 East Thomas Rd., Ste. 2200<br>Phoenix, AZ 85012<br><br>Leann Sanders, Esq.<br>Courtney Christopher, Esq.<br>6605 Grand Montecito Parkway, Ste. 200<br>Las Vegas, NV 89149<br><br>*Attorneys for Defendant*<br>*KIA Motors America, Inc.* | */s/ Virginia T. Tomova* (w/permission)<br>M. Caleb Meyer, Esq.<br>Virginia T. Tomova, Esq.<br>8945 W. Russell Road, Ste. 300<br>Las Vegas, NV 89148<br><br>*Attorneys for Counter-defendant*<br>*Krishnaben Jariwala* |

. . .

# ORDER

Pursuant to the foregoing stipulated terms, and good cause appearing therefor, Defendant Enterprise Leasing Company-West, LLC's ("Enterprise") Motion to Strike Initial Expert Disclosure and Report of Retained Expert Michael Rosenfield Pursuant to FRCP 37(c)(1) (ECF No. 80) is hereby GRANTED. As a result, the Court imposes the following sanctions:

(a) Michael Rosenfield's report, dated December 17, 2019, is hereby stricken;

(b) Plaintiffs' and Counter-Defendant's Disclosure, dated December 17, 2019, as it relates to Michael Rosenfield's proposed testimony, is hereby stricken; and

(c) Michael Rosenfield will be barred from testifying at trial.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3-18-2020 _____