

```
1   RAMZY PAUL LADAH
    Nevada Bar No. 11405
2   JOSEPH C. CHU
    Nevada Bar No. 11082
3   CARL R. HOUSTON
    Nevada Bar No. 11161
4   LADAH LAW FIRM
    517 S. Third Street
5   Las Vegas, NV 89101
    litigation@ladahlaw.com
6   T: 702.252.0055
    Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHETNABEN JARIWALA, an individual; HARDIK JARIWALA, an individual; POOJA JARIWALA, an individual; KRISHNABEN JARIWALA, an individual; YOGESH JARIWALA, an individual; RENUKA PATEL, an individual; DAXABEN JARIWALA, individually and as heir to the Estate of KIRITKUMAR JARIWALA; HERISAN JARIWALA as heir to the Estate of KIRITKUMAR JARIWALA; ABHISEK JARIWALA as heir to the Estate of KIRITKUMAR JARIWALA; ROBERT ANSARA as Special Administrator to the Estate of KIRTIKUMAR JARIWALA, deceased; <br><br>    Plaintiffs,<br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited-liability company; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, a foreign limited-liability company; KIA MOTORS AMERICA, INC., a foreign corporation; DOES 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally,<br><br>    Defendants.<br>AND ALL RELATED CLAIMS | CASE NO.: 2:18-CV-01532-JCM-VCF<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE** |

All Plaintiffs and Defendants named herein, by and through their undersigned counsel of record, hereby stipulate and agree to the voluntary dismissal of Plaintiffs HERISAN JARIWALA and ABHISEK JARIWALA, as heirs to the Estate of KIRITKUMAR JARIWALA, with prejudice,

1

all parties to bear their own attorneys' fees and costs.  This voluntary dismissal is being made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

It is further hereby stipulated and agreed that the case caption in this matter be shall amended to reflect the voluntary dismissal of Plaintiffs HERISAN JARIWALA and ABHISEK JARIWALA, as heirs to the Estate of KIRITKUMAR JARIWALA.

IT IS SO STIPULATED.

| DATED this 18th day of March, 2020 | DATED this 18th day of March, 2020 |
|---|---|
| LADAH LAW FIRM | FOLEY & LARDNER LLP |
| */s/ Ramzy P. Ladah*<br>Ramzy Paul Ladah, Esq.<br>Nevada Bar No. 11405<br>Ladah Law Firm<br>517 S. Third Street<br>Las Vegas, NV 89101 | */s/ Jeffrey A. Soble* (w/ permission)<br>Jeffrey A. Soble, Esq. (pro hac vice)<br>Stephanie Adamo, Esq. (pro hac vice)<br>FOLEY & LARDNER, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| HICKS & BRASIER PLLC<br>Seth R. Little, Esq.<br>4101 Meadows Lane, Suite 210<br>Las Vegas, Nevada 89107 | Nicholas J. Fox, Esq. (pro hac vice)<br>FOLEY & LARDNER LLP<br>3759 Valley Centre Drive, Suite 300<br>San Diego, CA 92130 |
| *Attorneys for Plaintiffs* | SALTZMAN MUGAN DUSHOFF<br>Matthew T, Dushoff, Esq.<br>1835 Village Center Circle<br>Las Vegas, NV 89 134 |
| | *Attorneys for Defendant Enterprise Leasing Company-West, LLC, and Enterprise Rent-A-Car Company of Los Angeles, LLC* |
| DATED this 18th day of March, 2020 | DATED this 18th day of March, 2020 |
| KLEIN THOMAS & LEE | MESSNER REEVES LLP |
| */s/ Stephanie L. Chilton* (w/ permission)<br>Thomas M. Klein, Esq. (pro hac vice)<br>Stephanie L. Chilton, Esq. (pro hac vice)<br>KLEIN THOMAS<br>20 East Thomas Rd., Ste. 2200<br>Phoenix, AZ 85012 | */s/ Virginia T. Tomova* (w/permission)<br>M. Caleb Meyer, Esq.<br>Virginia T. Tomova, Esq.<br>8945 W. Russell Road, Ste. 300<br>Las Vegas, NV 89148 |
| | *Attorneys for Counter-defendant Krishnaben Jariwala* |

Leann Sanders, Esq.
Courtney Christopher, Esq.
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149

*Attorneys for Defendant*
*KIA Motors America, Inc.*

## ORDER

IT IS HEREBY ORDERED that Plaintiffs HERISAN JARIWALA and ABHISEK JARIWALA, as heirs to the Estate of KIRITKUMAR JARIWALA, shall be dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER HEREBY ORDERED that the case caption in this matter shall be amended to reflect the voluntary dismissal of Plaintiffs HERISAN JARIWALA and ABHISEK JARIWALA, as heirs to the Estate of KIRITKUMAR JARIWALA.

IT IS SO ORDERED.

Dated March 23, 2020.

_____
UNITED STATES DISTRICT JUDGE