|   |   |
|---|---|
| 1 | ALVERSON, TAYLOR & SANDERS<br>LEANN SANDERS, ESQ. |
| 2 | Nevada Bar No. 00390<br>COURTNEY CHRISTOPHER, ESQ. |
| 3 | Nevada Bar No. 012717<br>6605 Grand Montecito Parkway, Ste. 200 |
| 4 | Las Vegas, NV  89149<br>(702) 384-7000 |
| 5 | efile@alversontaylor.com |
| 6 | KLEIN THOMAS & LEE<br>THOMAS M. KLEIN, ESQ. (*Pro Hac Vice*) |
| 7 | STEPHANIE L. CHILTON, ESQ. (*Pro Hac Vice*)<br>340 East Palm Lane, Suite A310 |
| 8 | Phoenix, AZ  85004<br>(602) 935-8300 |
| 9 | tom.klein@kleinthomaslaw.com<br>stephanie.chilton@kleinthomaslaw.com |
| 10 |  |
|    | Attorneys for Defendant Kia Motors America, Inc. |
| 11 |  |
| 12 | **UNITED STATES DISTRICT COURT** |
| 13 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 14 | CHETNABEN JARIWALA, an individual;<br>HARDIK JARIWALA, an individual; POOJA<br>JARIWALA, an individual; KRISHNABEN<br>JARIWALA, an individual; YOGESH<br>JARIWALA, an individual; RENUKA PATEL, an<br>individual; DAXABEN JARIWALA, individually<br>and as heir to the Estate of KIRITKUMAR<br>JARIWALA; ROBERT ANSARA as Special<br>Administrator to the Estate of KIRITKUMAR<br>JARIWALA, deceased;<br><br>            Plaintiffs,<br><br>      v.<br><br>ENTERPRISE LEASING COMPANY-WEST,<br>LLC, a foreign limited liability company;<br>ENTERPRISE RENT-A-CAR COMPANY OF<br>LOS ANGELES, LLC, a foreign limited-liability<br>company; KIA MOTORS AMERICA, INC., a<br>foreign corporation; DOES 1 through 100; ROE<br>BUSINESS ENTITIES 1 through 100, inclusive<br>jointly and severally,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:18-cv-01532-JCM-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

| | | |
|---|---|---|
| 1 | ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited liability company, | ) ) ) |
| 2 | | ) |
| 3 | Counter-Plaintiff, | ) ) |
| 4 | v. | ) ) |
| 5 | KRISHNABEN JARIWALA, an individual, | ) ) ) |
| 6 | Counter-Defendant. | ) ) |

Plaintiffs and Defendants, by and through counsel undersigned, hereby stipulate and agree to the dismissal with prejudice of all the claims and counter-claims in this matter that Plaintiffs and Defendants have against each other in their entirety, with each of the parties to pay their own attorneys' fees and costs.

DATED this 21st day of August, 2020.

| | |
|---|---|
| LADAH LAW FIRM | ALVERSON, TAYLOR & SANDERS |
| /s/ Joseph C. Chu (w/permission) | /s/ Stephanie L. Chilton |
| Ramzy Paul Ladah, Esq. | Leann Sanders, Esq. |
| Joseph C. Chu, Esq. | Courtney Christopher, Esq. |
| Carl R. Houston, Esq. | |
| | KLEIN THOMAS & LEE |
| HICKS & BRASIER PLLC | Thomas M. Klein, Esq. (admitted pro hac vice) |
| Alison M. Brasier, Esq. | Stephanie L. Chilton, Esq. (admitted pro hac vice) |
| Seth R. Little, Esq. | |
| | Attorneys for Kia Motors America, Inc. |
| Attorneys for Plaintiffs | |
| | |
| FOLEY & LARDNER LLP | MESSNER REEVES LLP |
| /s/ Jeffrey A. Soble (w/permission) | /s/ Eric N. Tran (w/permission) |
| Jeffrey A. Soble, Esq. (admitted pro hac vice) | M. Caleb Meyer, Esq. |
| Stephanie Adamo, Esq. (admitted pro hac vice) | Eric N. Tran, Esq. |
| Nicholas J. Fox, Esq. (admitted pro hac vice) | Attorneys for Counter-Defendant Krishnaben Jariwala |
| KOLESAR & LEATHAM | |
| Matthew T. Dushoff, Esq. | |
| Linda K Williams, Esq. | |
| | |
| Attorneys for Enterprise Leasing Company-West, LLC, and Enterprise Rent-A-Car Company of Los Angeles, LLC | |

[ORDER FOLLOWS ON NEXT PAGE]

2

**ORDER**

IT IS HEREBY ORDERED that all the claims and counter-claims in this matter that Plaintiffs and Defendants have against each other are hereby dismissed with prejudice pursuant to the above STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, with each party to pay their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE
**DATED:** August 24, 2020 _____

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR & SANDERS and that on the 21st day of August, 2020, I caused to be served via CM/ECF a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Ramzy Paul Ladah
Joseph C. Chu
Carl R. Houston
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV  89101

Alison M. Brasier, Esq.
Seth R. Little, Esq.
HICKS & BRASIER PLLC
4101 Meadows Lane, Suite 210
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Matthew T. Dushoff, Esq.
Jordan D. Wolff, Esq.
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, NV  89134

Jeffrey A. Soble, Esq.
Stephanie Adamo, Esq.
FOLEY & LARDNER LLP
321 N. Clark St., Ste. 2800
Chicago, IL  60654-5313

Nicholas J. Fox, Esq.
FOLEY & LARDNER LLP
3759 Valley Centre Dr., Ste. 300
San Diego, CA  92130

*Attorneys for ENTERPRISE LEASING COMPANY-WEST, LLC, and ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, INC.*

M. Caleb Meyer, Esq.
Eric N. Tran, Esq.
MESSNER REEVES LLP
8945 W. Russell Rd., Ste. 300
Las Vegas, NV  89148
*Attorneys for Counter-Defendant Krishnaben Jariwala*

/s/ D. Schwartz